# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 12-cr-00269-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CIERRA HICKS,

    Defendant.

## MINUTE ORDER[1]

Due to a conflict arising on the court's calendar, the completion of the jury trial in Criminal Action No. 11-cr-00497-REB-02, *USA v. Wright,* the change of plea hearing set for October 16, 2012, is **VACATED** and is **CONTINUED** to **October 17, 2012**, at 2:30 p.m.

    Dated: October 15, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.