**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00269-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CIERRA HICKS,

    Defendant.

## MINUTE ORDER[1]

    The sentencing hearing set for Friday, January 25, 2013, commencing at 2:30 p.m., is **RESET** to **1:30 p.m.** on Friday, January 25, 2013.

    Dated: January 23, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.