**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00269-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CIERRA HICKS,

      Defendant.

---

# MINUTE ORDER[1]

---

On April 2, 2013, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter.  After conferring with the parties and with their consent,

**IT IS ORDERED** that on **April 24, 2013**, commencing at 10:00 a.m., the court will conduct the sentencing hearing for this defendant.

Dated:  April 2, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E.  Blackburn, United States District Judge for the District of Colorado.